UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MANUEL WEBER                                                    CIVIL ACTION

VERSUS                                                          NO. 12-1575

WARDEN LYNN COOPER                                              SECTION "F"(2)

### O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that the petition of Manual Weber for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this ___4th___ day of _____February_____, 2013.

_____
UNITED STATES DISTRICT JUDGE